# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

WB MUSIC CORP., ESKAYWHY PUBLISHING, NU80'S MUSIC, L.L.C. d/b/a PARTY ROCK MUSIC, REDFOO, L.L.C. d/b/a YEAH BABY MUSIC, and EMI APRIL MUSIC INC.,

v.

5580 W.L.S., INC., CAROL R. SEIDLETZ, WILLIAM L. SEIDLETZ, and WILLIAM T. SEIDLETZ

Case No. 1:17-cv-00105
Hon. Robert J. Jonker

TO: 5580 W.L.S. Inc.
ADDRESS: c/o Carol R. Seidletz. Registered Agent
5580 Cozy Point Drive
Newaygo, MI 49337

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brian D. Wassom (P60381)
Warner Norcross & Judd LLP
2000 Town Center, Ste. 2700
Southfield, MI 48075-1318

CLERK OF COURT



By: Deputy Clerk

February 01, 2017
Date

## PROOF OF SERVICE

This summons for _____5580 W.L.S. Inc._____ was received by me on _____.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                  (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                  (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                    (name of individual)
of process on behalf of _____ on _____.
                                        (name of organization)                              (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WB MUSIC CORP., ESKAYWHY PUBLISHING, NU80'S MUSIC, L.L.C. d/b/a PARTY ROCK MUSIC, REDFOO, L.L.C. d/b/a YEAH BABY MUSIC, and EMI APRIL MUSIC, INC. v. 558 W.L.S., INC., CAROL R. SEIDLETZ, WILLIAM L. SIEDLETZ, and WILLIAM T. SEIDLETZ | Case No. 1:17-CV-00105  Hon. Robert J. Jonker  TO: Carol R. Seidletz  ADDRESS: 5580 Cozy Point Drive  Newaygo, MI 49337 |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brian D. Wassom (P60381)
Warner Norcross & Judd LLP
2000 Town Center, Ste. 2700
Southfield, MI 48075-1318

CLERK OF COURT



By: Deputy Clerk

February 01, 2017
Date

## PROOF OF SERVICE

This summons for _____Carol R. Seidletz_____ was received by me on _____.
(name of individual and title, if any)                                                                           (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                                    (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                             (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                                     (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                                                        _____
                                                                                            Server's signature

Additional information regarding attempted service, etc.:
                                                                                        _____
                                                                                         Server's printed name and title

                                                                                        _____
                                                                                              Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

WB MUSIC CORP., ESKAYWHY PUBLISHING, NU80'S MUSIC, L.L.C. d/b/a PARTY ROCK MUSIC, REDFOO, L.L.C. d/b/a YEAH BABY MUSIC, and EMI APRIL MUSIC, INC.
v.
558 W.L.S., INC., CAROL R. SEIDLETZ, WILLIAM L. SIEDLETZ, and WILLIAM T. SEIDLETZ

Case No. 1:17-CV-00105
Hon. Robert J. Jonker

TO: William L. Seidletz
ADDRESS: 5580 Cozy Point Drive
Newaygo, MI 49337

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brian D. Wassom (P60381)
Warner Norcross & Judd LLP
2000 Town Center, Ste. 2700
Southfield, MI 48075-1318

CLERK OF COURT



February 01, 2017
By: Deputy Clerk                Date

## PROOF OF SERVICE

This summons for _____William L. Seidletz_____ was received by me on _____.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                                          (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                             (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                          Server's signature

Additional information regarding attempted service, etc.:
                                          _____
                                          Server's printed name and title

                                          _____
                                          Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

WB MUSIC CORP., ESKAYWHY PUBLISHING, NU80'S MUSIC, L.L.C. d/b/a PARTY ROCK MUSIC, REDFOO, L.L.C. d/b/a YEAH BABY MUSIC, and EMI APRIL MUSIC, INC.
v.
558 W.L.S., INC., CAROL R. SEIDLETZ, WILLIAM L. SIEDLETZ, and WILLIAM T. SEIDLETZ

Case No. 1:17-CV-00105
Hon. Robert J. Jonker

TO: William T. Seidletz
ADDRESS: 5580 Cozy Point Drive
Newaygo, MI 49337

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brian D. Wassom (P60381)
Warner Norcross & Judd LLP
2000 Town Center, Ste. 2700
Southfield, MI 48075-1318

CLERK OF COURT



By: Deputy Clerk

February 01, 2017
Date

## PROOF OF SERVICE

This summons for ___William T. Seidletz___ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                    _____
                                    Server's signature

Additional information regarding attempted service, etc.:
                                    _____
                                    Server's printed name and title

                                    _____
                                    Server's address